IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION | : | |
| SOLUTIONS, INC. and | : | |
| CBA INFORMATION SERVICES | : | NO. 02-3227 |

## **O R D E R**

AND NOW, this 1st day of April, 2003, the above-captioned matter having been referred to me, by the Honorable Timothy J. Savage, for settlement discussions, it is hereby **ORDERED** that I will hold a **settlement conference** on **April 3, 2003 at 10:30 a.m.** in Courtroom 3-H, 3rd Floor, U.S. Courthouse, 601 Market St., Philadelphia, PA 19106.

Each counsel appearing for a party must have settlement authority. The parties must be present, or readily available by telephone, during the April 3rd settlement conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE