IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH THOMAS                    :     CIVIL ACTION
                                 :
                                 :
        v.                       :
                                 :
EXPERIAN INFORMATION SOLUTIONS,  :
INC., et al.                     :     NO. 02-3227

## O R D E R

**AND NOW, TO WIT:** this 3rd day of April, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

                                    BY THE COURT:


                                    _____
                                    M. FAITH ANGELL
                                    UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)